F I L E D
Sep 8 2009
SEP 8 2009
mp
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Wayne Scott 41335-424
Metropolitan Corr. Ctr.
71 West Van Buren
Chicago Illinois 60605

08/24/09

Case No. 09-CR-548-1

Honorable Judge B. Manning
219 South Dearborn
Chicago Illinois 60604

RE: Reconsideration of Bond.

Although it may be unethical to write a sitting Federal Judge, I have to believe in seasons, reasons, and the way we define the true nature of decision-making. All of this comes under the concept of "the right time," that place where our heart lies.

I am requesting, respectfully, your reconsideration of the bond. Not from your professional, educational experience, which defines the mind's approach, (respectfully). Rather I seek the response of your heart. I can serve myself, and my son better with the recommendations of Mrs. Holberg and Pre-trial services.

My present anxieties and troubles, I blame on no one. My remorse speaks for itself through my cooperation with the Government. This condition has allowed me a better perspective on who I am, and what I need to do in order to live up to my fullest potential. I ask that you allow me that opportunity to do just that.

<u>I will agree to the following conditions in addition to recommendations of pre-trial services</u>

1. That any missed court date results in not only a revocation of the bond, but also a two (2) level enhancement.
2. That I participate in the "Stop the Violence" campaign and become a part of the solution.
3. Donate myself; time willing, to the neighborhood community church food drives to help feed the homeless.
4. All of the above will start an inner healing process, these acts of kindness can be the beginning of a redemption I need more than anything else, at this time.

Sincerely,

Wayne Scott
Wayne Scott 41335-424