FILED

SEP 23 2009

September 9, 2009

Judge Blanche M. Manning
United States District Court

## RE: RECONSIDERATION OF BOND FOR WAYNE SCOTT (Case #09CR548-10)

Dear Honorable Judge Manning:

My name is Milton C. Jones Jr.. I am writing you on behalf of my nephew, Wayne Scott. He is presently being held at the Metro Correctional Center after being arrested on June 26, 2009 on charges of federal mail fraud. He is scheduled to appear before you on September 29, 2009 for reconsideration of bond. My family is praying that you can extend grace to him and us by allowing him to be released to his mother's home with electronic arrest.

    I am hoping that I can convey the type of family that Wayne was raised in. His full name is Wayne Christian Scott. He was given that middle name with the hope that *God would be with him always*. He was raised by a Christian single mother, Cherylene Scott, a recently retired elementary teacher. With the steadfast support of her parents Lucille and Milton Jones, Uncle John and Aunt Jacqui Stephens, Aunt Janice and Uncle Buddy (myself) Wayne was blessed. Wayne's father did not play a significant role in his upbringing. His grandparents, Lucille and Milton Jones, provided all of us with a Christian home. They were members of the Greater Bethesda Baptist Church under the Dr. A. Lincoln James Sr. We all participated in weekly worship service and Sunday School classes. Wayne was even in a Tom Thumb Wedding there many years ago. His grandparents proudly loved him as their very first grand child. Lucille was a seamstress who made him many of his clothes including costumes for Halloween. Milton Sr. was the grandfather who took him almost daily to the park to ride his bike after a hard day of work at the Loop Postal Office. My mother, Lucille passed away in September 2006 after a year bout with bile duct cancer and Alzheimer's. This loss was crushing to every one... especially Wayne!!! He called her "MoMo". The MoMo that held him in her lap as toddler while she spent hours daily sewing in her basement. The Momo who drove him to and from St.Clotide School for 9 years. The Momo who was an outstanding cook who would make his favorite meal and cake on his birthday...SHE WAS GONE!!! Exactly two years later, Wayne's grandfather Milton Sr. would die from kidney and heart failure. Probably from a broken heart of losing his wife of 60 years. The lost of both of them brought about a darkness in our life. A special sadness that seemed to eclipse all of our joy. The many joyful holiday dinners at their home. I use to video tape all of the holidays at my mother's house. There are times now when we get brave enough to take out a few videos and enjoy the past. Videos showing Wayne as a happy child in a happy home.

    As Wayne's uncle, I felt an unique obligation to try to fulfill the role of many fatherly responsibilities. Taking him to ball games, the circus and the Auto Show.

I have been a teacher at the Emmanuel Christian School under the Rev. L.K. Curry for over 30 years. I have witnessed hundreds of students who have been brought up in a Christian environment. Most have been able to make the right choices in education, careers and life. But a few have gotten off path and made bad choices. Like my nephew Wayne, they did not rely on that voice in their heart. That divine voice that challenges us to do the right thing in all situations.

Last January I lost a very close co-worker at Emmanuel Christian School. He died after never regaining consciousness after having a massive stroke in August. Not only was he a teacher but he was a minister, too. I will never forget having a conversation with him about the matter of giving students passing and failing grades. Some of our co-workers thought that he was too lenient in passing some student who deserved failing grades....according to the book. But my friend stated that early in his life he had made mistakes and that *GOD EXTENDED HIM GRACE EVEN THOUGH HE DIDN'T DESERVE IT.* With tears in his eyes he continued by saying that he does the same with many of his students. He extended them grace with the hope that one day they too would be in a situation to extend grace to another soul who had fallen short of what God wanted them to do. Judge Manning, I hope that you too can find a small place in your heart to extend GRACE to Wayne. *With a second chance we hope that voice in his heart will be heard...and he can live the life that God wants him to live.*

God Bless You,

*Milton C. Jones Jr.*

Milton C. Jones Jr.
772 E. 146th St.
Dolton, IL 60419
708-977-0096 (cell)
708-841-5692 (home)

Milton G Jones Jr
772 E. 146th St,
Dolton, IL. 60419

CHICAGO IL 606
08 SEP 2009 PM 5 T

Attention: The Honorable Judge Blanche Manning
Clerk of the Courts
219 South Dearborn
Chicago, IL. 60604