

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

WAYNE C. SCOTT
    DEFENDANT,

V.

UNITED STATES OF AMERICA,
    PLAINTIFF.

HONORABLE JUDGE BLANCHE M. MANNING

CASE No. 09-CR-548-1

**FILED**
NOV 2 3 2009
Nov 23 2009
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

### AFFIDAVIT IN SUPPORT OF MOTION REQUESTING AN ORDER FOR MEDICAL ATTENTION

    I Wayne Scott, of lawful age and sound mind competent to state the matters set forth in this Affidavit/Motion do swear and state that I have first hand knowledge of the contents herein. That the information herewith is to the best of my knowledge and belief to be the truth, the whole truth and nothing but the truth, so help me true God.

    **COMES NOW**, Defendant Wayne Scott through his Attorney John C. Kocoras filing this Affidavit/Motion for the court's consideration.

    In support of this document states the following:

    This document has been prepared due to defendant's personal need as it relates to a condition presently not being addressed here at the Metropolitan Correctional Center, MCC. The material facts of this matter are now at an emergency level, reason for this request.

    Defendant struggled with extreme anxiety attacks as a youth and up into his early twenties. Seeking the professional assistance of a psychiatrist, defendant was placed on both Prozac and Xanax. This medication was a necessary part of defendant's life for a total of four (4) years. After which Mr. Scott discovered no need to continue taking the medication.

    Defendant has consistently attempted to bring this issue to the attention of the Medical Staff here at MCC, only to get no positive response. The anxiety attacks have again returned due to the effects of incarceration. Mr. Scott has allowed enough time to expire in hopes that the transitional need to adjust would soon command a coping skill sufficient to maintain. However, that is not the reality. The psychologist on staff here; Dr. Dana can only suggest a cognitive approach. Defendant is respectfully requesting this Honorable Court to enter an order for an evaluation and/or have this issue addressed by the proper Medical staff, mainly the psychiatrist. These anxiety attacks tend to disrupt defendant's ability to qualify the positive, this destructive form of cognitive distortion only leads to incident reports, when all of this can be prevented with the proper

Medical attention. Defendant simply finds the need to request the assistance from this Honorable Court, and get the adequate medical needs addressed before any further infractions of the rules.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY, that I have caused a copy of the foregoing Affidavit/Motion requesting an order for medical attention to be served upon the following by placing same in the inmate system here at the Metropolitan Correctional Center, U.S. postage prepaid.

On this the 19th day of November, 2009.

Clerk of Court
U.S. Courthouse
219 South Dearborn Street
Chicago Illinois 60604
Judge B. Manning


Assistant U.S. Attorney
Kaarina Salovarra
Dirksen Federal Building
219 South Dearborn, Suite 500
Chicago Illinois 60604


John C. Kocoras
Attorney at Law
227 West Monroe Street
Chicago Illinois 60606-5096

Respectfully submitted,

Wayne Scott
Wayne Scott 41335-424/09CR548-1

Through:/s/John C. Kocoras

I swear or affirm under penalty of perjury, under the United States Laws that the above information on this document is true, correct and complete. Not misleading, pursuant to 28 U.S.C. 1746. So help me God.