FILED
JUL 01 2011
JUL 01 2011
MICHAEL W. DOBBINS
CLERK, U. S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT COURT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA,

v.

WAYNE SCOTT.

CASE NO. 09 CR 548-1
HONORABLE JUDGE BLANCHE E. MANNING

## MOTION FOR RESIDENTIAL DRUG ABUSE PROGRAM (RDAP) RECOMMENDATION

THE HONORABLE COURT FOR NORTHERN DISTRICT OF ILLINOIS:

I am filing this motion for Residential Drug Abuse Program (RDAP) recommendation. I'm down to the final 30 months of my sentence and have worked hard to better myself during this time of incarceration. I have included my "Education Data Transcript" showing some of the programming I have completed.

Three programs in particular (Drug Education, Alcoholics Anonymous, and 7 Steps) have had a profound impact on my life. Participating in these programs is where I began to take responsibility for the real issues which led up to my arrest. I was able to finally admit to myself how much alcohol abuse played in my history of domestic issues, one of which I was on probation for when I was arrested on this case. I'm around others who have gone through similar things, many of whom continue returning to prison because they're unable to resolve their true problem. Seeing this has allowed me to understand that I'm not alone, and that I no longer have to hide my addictions.

I've always used alcohol to mask my anxiety and other psychological problems. While at the MCC, I reached such a low that I tried to get around institutional procedures to get medication to numb feelings I couldn't face. And during my Presentence Investigation interview, I was in denial and somehow couldn't admit the truth about my substance abuse issues.

During the 3 years prior to my arrest, alcohol and other addictions had me at rock-bottom, and finally led me to prison. I would like very much to continue down this road of recovery so that I never come back here. My next step would be the Residential Drug Abuse Program. I understand that this program will give me the tools I need to change the criminal and drug-abusing behaviors that got me here in the first place. It will provide me with a foundation for living a healthy, legal, and "non-drug using" life. This will also allow me to finally secure and maintain employment in the work force.

On the following pages I've included:

1. A letter from my Alcoholics Anonymous Facilitator
2. A letter from the Drug Treatment Program I completed prior to my incarceration
3. A letter from the clinical psychologist I sought help from for alcohol and anger issues 4 months prior to my arrest
4. My "Education Data Transcript"
5. A page which details the Residential Drug Abuse Program

I am requesting recommendation in order to participate in the Residential Drug Abuse Program (RDAP). Please send me an updated "Judgement/Commitment Order" containing this recommendation so that I may present it to the Drug Abuse Treatment Staff. This will allow me to enter the next class, which begins in early August.

Thank you, and I pray this Honorable Court will grant this motion.

6/2/11

Dear Judge Manning,

Since arriving here at the Oxford Institution, Mr. Wayne Scott has been attending and actively participating in our Alcoholics/Narcotics Anonymous Program. He continues to strive and make progress towards overcoming his substance abuse disorder.

Along with his extensive transcript of academic programming, Mr. Scott has also successfully completed our Drug Education Course, and now looks forward to his enrollment into the more comprehensive Residential Drug Abuse Program (RDAP) with your recommendation.

Sincerely,

S. Button
Facilitator, AA/NA Program
Counselor, Oxford Federal Correctional Institution

Re: Wayne Chris Scott                                          April 8, 2011

Dear Sir:

This letter is to verify that Mr. Wayne C. Scott successfully completed the Scientology Purification Rundown program.

Mr. Scott was interviews and his drug history verified. He was educated on the Purification program, and understood the importance of continuing on the program until it was completed despite any difficulties, withdrawal symptoms or any other manifestations. Before beginning, Mr. Scott was medically screened and diagnosed by a doctor as eligible for the program. He was also professionally monitored by a Case Supervisor.

The Purification program addresses the restimulative effects of drugs and toxins in the body. The procedure removes these drugs and toxins and restores the ability to think clearly. The program handles the residual effects of LSD, heroin, cocaine, alcohol, marijuana and a long list of medical drugs. Once again, the program is designed to eliminate these residues from the body. It sets the standard for drug and other substance abuse detoxification.

From our records, Mr. Scott participated fully in all of the actions required to flush the drugs and toxins from his system, and was on the program for a total of twenty days. The actions included a regimented daily program of exercise, nutrition, vitamin/mineral supplementation and sauna time. It involved a routine of up to five hours per day.
I am enclosing a copy of Mr. Scott's "success story" which he wrote upon completion of the Purification Rundown.

As the director of the Purification Rundown program here in Chicago, I am providing this verification per Mr. Scott's request to assist him in his goal of starting the Residential Drug Program offered in your institution.

Sincerely yours,

*[signature]*

Rev. Sue Burkey
Purification Rundown In-Charge
Church of Scientology of Illinois
3011 N. Lincoln Avenue
Chicago, IL 60657
773-348-7788

Bernard Golden, Ph.D.
1 East Delaware, Suite 310
Chicago, IL 60611

June 13, 2011

To Whom It May Concern,

I am writing this letter to confirm that Wayne Scott sought my help regarding anger management in February, 2009. He attended a class and I also had the opportunity to meet with him in an individual session. I emphasized with him at that time and in the class that alcohol abuse exacerbates anger. More specifically, it can foster acting out one's anger.

The class offered him a variety of coping skills to more effectively manage his emotions, thoughts and physical reactions related to anger. A major part of this included relaxation exercises and cognitive restructuring. He reported practicing these skills between sessions and appeared motivated to continue doing so after finishing the classes.

Please feel free to contact me if you need further information.


Sincerely,

*Bernard Golden, PhD*

Bernard Golden, PhD
Clinical Psychologist

```
OXFR3              *       INMATE EDUCATION DATA       *      05-31-2011
PAGE 001 OF 001    *            TRANSCRIPT             *      19:17:07

REGISTER NO: 41335-424    NAME..: SCOTT                    FUNC: PRT
FORMAT.....: TRANSCRIPT   RSP OF: OXF-OXFORD FCI

--------------------------- EDUCATION INFORMATION ---------------------------
FACL ASSIGNMENT DESCRIPTION                 START DATE/TIME STOP DATE/TIME
OXF  ESL HAS    ENGLISH PROFICIENT          04-01-2010 0907 CURRENT
OXF  GED HAS    COMPLETED GED OR HS DIPLOMA 04-01-2010 0907 CURRENT

--------------------------- EDUCATION COURSES ---------------------------
SUB-FACL   DESCRIPTION                   START DATE  STOP DATE  EVNT AC LV  HRS
OXF        AUTOMOBILE SALES              03-24-2011  CURRENT
OXF        BASIC ELECTRONICS ACE COURSE  03-21-2011  CURRENT
OXF        COMMERCIAL DRIVERS LICENSE    03-26-2011  CURRENT
OXF        CDL LOG ACE CLASS             03-26-2011  CURRENT
OXF        BUS CLASS                     03-30-2011  CURRENT
OXF        TEACHING STUDENTS HOW TO TYPE 04-11-2011  CURRENT
OXF        RPP PMA GROUP COMPLETED       02-05-2011  CURRENT
OXF        RPP ALCOHOL/NARC ANONYMOUS    11-05-2010  CURRENT
OXF        RPP VALUES GROUP              09-03-2010  CURRENT
OXF        AFRO-AMERICAN HISTOR          10-25-2010  01-08-2011  P   C  P   18
OXF        WELLNESS CLASS MEDICINE BALL  11-01-2010  01-27-2011  P   C  P   30
OXF        IN FCI PARENTING PROGRAM      08-01-2010  09-30-2010  P   C  P   16
OXF        PUBLIC SPEAKING COURSE        05-15-2010  08-07-2010  P   C  P   18
OXF        SKILLS TO OBTAIN A JOB        05-13-2010  08-04-2010  P   C  P   20
OXF        HISTORY OF SCIENCE FICTION    05-11-2010  08-03-2010  P   C  P   20
OXF        SPANISH 1 CLASS               05-11-2010  08-03-2010  P   C  P   18
OXF        COMMUNICATION ACE CLASS       05-15-2010  08-14-2010  P   C  P   18
OXF        RPP SEVEN STEP PROGRAM        08-04-2010  08-04-2010  P   C  P    8
CCC M      BASIC BUDGETING               08-14-2009  09-25-2009  P   C  P   12
CCC M      PRE GED MATH                  08-14-2009  09-25-2009  P   C  P   12




G0000         TRANSACTION SUCCESSFULLY COMPLETED
```

# ASK FOR HELP

## ADDITIONAL HELP:

### Residential Drug Abuse Program

The Residential Drug Abuse Program, or RDAP, is for people who have decided they want to change. If you choose to participate, the program will help you learn new skills that will assist you in staying out of prison in the future. It will also give you the tools you need to change the criminal and drug-abusing behaviors that got you here in the first place.

### The facts:

- RDAP is a unit-based residential treatment program that can usually be completed in nine months.
- Group meetings are held five days a week, 3 to 3-1/2 hours per day. The rest of the day is dedicated to education or institution work assignments.
- RDAP is a supportive treatment community that includes knowledge, skill-building and interactive groups.
- Individual counseling sessions, a small component of RDAP, focus on identifying specific treatment goals and reviewing progress.
- Participants build relationships with those attempting to make similar lifestyle changes.
- Continuity of support is built in through follow-up care within the institution and transitional care at the halfway house.
- Successful completion offers participants a set of tools and resources that will serve them during the program, throughout the remainder of incarceration and beyond.
- If this is a program you're interested in, talk to a drug treatment specialist about additional benefits and requirements to participate.

> "At the time I wasn't sure if it was all worth it, but I look at my relationship with my family and my kids today compared to the relationship I had with them before doing RDAP, and I realize it was worth every minute."
>
> – W.T., Miami RRC

 It is illegal to duplicate this page in any manner.

## CERTIFICATE OF SERVICE

RE: U.S. v. WAYNE SCOTT
CASE NO. 09 CR 548-1

I, Wayne Scott, hereby certify that I have served a true and correct copy of:

MOTION FOR RESIDENTIAL DRUG ABUSE PROGRAM (RDAP) RECOMMENDATION

upon the Court and parties to litigation by placing same in a sealed postage pre-paid envelope addressed to:

Kaarina Salovaara
United States Attorney's Office
219 South Dearborn
Suite 500
Chicago, Illinois 60604

and deposited same in the United States postal mail at the Federal Correctional Institution on this ___27___, day of June 2011.

X_____/s/ Wayne Scott_____
Wayne Scott (Reg No. 41335-424)
FCI Oxford
P.O. Box 1000
Oxford, WI 53952